# Court of Appeals
# of the State of Georgia

ATLANTA, __March 28, 2013__

*The Court of Appeals hereby passes the following order:*

**A13A1258.  GARRY P. TINDALL v. RES-GA SDL, LLC.**

Res-Ga SDL, LLC obtained a default judgment against Garry P. Tindall in superior court.  Tindall later moved to set aside the judgment pursuant to OCGA § 9-11-60 (d), but the trial court denied his motion.  Tindall now appeals.  We, however, lack jurisdiction.

An appeal from an order denying a motion to set aside under OCGA § 9-11-60 (d) must be taken by application for discretionary appeal.  OCGA § 5-6-35 (a) (8); *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116 (640 SE2d 688) (2006). Tindall's failure to comply with the requisite appellate procedure deprives this Court of jurisdiction over his appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __03/28/2013__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*